### 16947. KITCHENS v. THE STATE.

BLOODWORTH, J. 1. The court did not abuse its discretion when it overruled the motion for a continuance.

2. For no reason alleged did the court err in admitting the evidence of which complaint is made in special grounds 2 and 3 of the motion for a new trial. This evidence was admissible to show intent or motive. *Fraser* v. *State,* 55 *Ga.* 326 (1); *Everett* v. *State,* 62 *Ga.* 70 (2); *Harrell* v. *State,* ante, 577; *Reese* v. *State,* ante, 600, and cases cited. Moreover, even if the admission of this evidence on direct examination was error, it would not require the grant of a new trial, for practically

the same evidence from this witness was brought out by counsel for defendant on cross-examination.

3. For no reason alleged was it error to allow the evidence, the admission of which is objected to in special grounds 4 and 5, to go to the jury.

4. There is ample evidence to support the verdict, and the court did not err in overruling the motion for a new trial.

> Judgment affirmed. Broyles, C. J., and Luke, J., concur.

> DECIDED JANUARY 12, 1926.

Conviction of assault with intent to murder; from Bibb superior court—Judge Mathews. October 17, 1925.

*W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.